# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYNN M. ENGLISH, Individually and on behalf of all others similarly situated, | : : : : | No.: 4:18-CV-00181 |
| | : | (Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| ASSURED RX LLC, | : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 12th day of October 2018, the parties having filed a joint stipulation and order of dismissal, ECF No. 25, that they stipulate and agree to the voluntary dismissal of this action, **IT IS HEREBY ORDERED** that Plaintiff's individual claims in this action are dismissed with prejudice and the claims of other proposed class members are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge